IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMY LILLIAN TAMASKA,<br><br>Defendant. | CR 19-101-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Appear by Video for Change of Plea Hearing (Doc. 32), and for good cause appearing,

IT IS HEREBY ORDERED that the change of plea hearing is reset to be held **VIA VIDEO from the Cascade County Detention Center (Great Falls, MT)** for **Friday, April 9, 2021 at 2:30 p.m.**, at which time the court will consider her motion to change her plea of not guilty to a plea of guilty. The time between March 22, 2021 and April 9, 2021 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 29th day of March, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1