IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMY LILLIAN TAMASKA,<br><br>Defendant. | CR 19-101-BLG-SPW<br><br>ORDER |

The U.S. Marshals Service has brought to the Court's attention that Defendant, Amy Lillian Tamaska, will be transported to the Yellowstone County Detention Facility for her change of plea hearing. Therefore,

IT IS HEREBY ORDERED that the change of plea hearing presently set VIA VIDEO from the Cascade County Detention Center will be held in-person on **Thursday, April 29, 2021 at 2:30 p.m.**, at which time the court will consider her motion to change her plea of not guilty to a plea of guilty. The time between March 22, 2021 and April 29, 2021 is excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(D).

DATED this 16th day of April, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1